GABRIEL CHIERA ET AL. v. HENRY N. BREVOORT, CIRCUIT JUDGE OF WAYNE COUNTY.

*Injunction—Mandamus.*

Where, upon an application for *mandamus* to dissolve an injunction, it appears that the case was within the jurisdiction and power of the circuit judge, it will not be reviewed.

*Mandamus.*    Argued December 12, 1893.    Denied December 13, 1893.

Relators, as owners of the majority of the capital stock of a Michigan corporation, applied for a *mandamus* to

compel the respondent to dissolve an injunction restraining them from holding a meeting for the election of a board of directors under the claim that the former election was invalid.

*James H. Pound,* for relators.

*Alfred Lucking,* for respondent.

PER CURIAM. The writ is denied. The case was within the jurisdiction and power of the circuit judge, and this Court will not review it.